# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 18, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133350

RONDA R. MASTEN,
      Plaintiff-Appellant,

v

ABN AMRO MORTGAGE GROUP,
and STANDARD FEDERAL BANK,
      Defendants-Appellees.

SC: 133350
COA: 261359
Macomb CC: 2004-001824-CK

_____/

      On order of the Court, the application for leave to appeal the January 23, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      KELLY, J., would vacate that part of the judgment of the Court of Appeals that holds that the foreclosure sale was not voidable and that the plaintiff's claims are barred by laches because the Court of Appeals resolved the case on other grounds, and would allow the plaintiff to raise the issue of whether the foreclosure sale was voidable in the trial court on remand.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 18, 2007

_____
Clerk

d0711